UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 

v. : No. 24-cr-481 (ACR) (ZMF)

CATHOLINE DEVRIES :

## MOTION TO CONTINUE ARRAIGNMENT

Ms. Catholine DeVries, through undersigned counsel, respectfully moves this Honorable Court to continue the arraignment currently set for December 17, 2024 and to toll speedy trial until the continued date. Ms. DeVries is 76 years old and lives alone in a small town about three hours outside of Washington, D.C. The government seized her cell phone when she was arrested and she had to purchase another phone. Unfortunately, Ms. DeVries has been having significant technical issues with the new phone and is not able to log into a hearing via Zoom. Counsel has been working with Ms. DeVries to see if there are other options, such as a friend or neighbor's phone she can borrow, but the only person she knows that lives near her is out of town. Due to Ms. DeVries's technical inability to join a Zoom hearing, she asks to continue the arraignment until after the holidays in early January. At that time, either a neighbor or friend can arrange to loan their phone to Ms. DeVries, or counsel will have time to mail and have returned a waiver of presence at arraignment. Ms. DeVries consents to tolling speedy trial between today's date and the date of the rescheduled arraignment. Counsel reached out to the government for their position on this motion, but did not hear back before filing.

        Respectfully submitted,

        /s/
        _____
        Diane Shrewsbury
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550

Washington, D.C.  20004
(202) 208-7500

2